



Application GRANTED. ECF Nos. 121, 124, and 126 shall
remain temporarily sealed for 14 days pending a request from
Defendants for permanent sealing. Any such motion shall be
due by **February 7, 2025**. If no such motion is received by
that date, ECF Nos. 121, 124, and 126 shall be unsealed. If
any such motion is received, ECF Nos. 121, 124, and 126
shall remain under temporary seal pending the Court's
adjudication of the motion. SO ORDERED.

**Valdi Licul**
vlicul@wigdorlaw.com

January 23, 2025

Dale E. Ho
United States District Judge
Dated: January 27, 2025
New York, New York

**VIA ECF**

Hon. Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Jennifer Palmer v. eCapital Corp., et al., Case No.: 1:23-cv-04080</u>

Dear Judge Ho:

We represent Plaintiff Jennifer Palmer in this matter and write pursuant to Your Honor's
Individual Rules and Practices in Civil Cases Section 6.c, Standing Order 19-MC-583 and
Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. Upon request from
Defendants, we are filing under seal all deposition transcripts and documents marked
confidential, in addition to redacting any reference to the deposition transcripts and confidential
documents in publicly filed documents. Defendants informed us that they intend to file a letter
motion with the Court on this issue subsequent to the filing of Plaintiff's Opposition to
Defendants' Motion for Summary Judgment.

Plaintiff consented to Defendants' request but takes no position on the Court's decision.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Valdi Licul