

Jon Swergold
Tel 954.768.5201
Fax 954.759.5501
swergoldj@gtlaw.com

December 5, 2024

**VIA ECF:**

Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Jennifer Palmer v. eCapital Corp. et al.
            Case No.: 1:23-cv-04080</u>

Dear Judge Ho:

    This Firm represents Defendants eCapital Corp. ("**eCapital**"), eCapital Asset Based Lending Corp. ("**ABL**"), Marius Silvasan, Jonathan Staebler, John Stephen McDonald *i/s/a* Steven McDonald and Cris Neely (collectively "**Defendants**") in the above-referenced action. We write pursuant to Section 11 and 23.6 of the SDNY Electronic Case Filing Rules & Instructions ("**ECF Rules**") and Your Honor's Individual Rules and Practices Rules 1 and 2, for an order, on consent, permitting Defendants to complete technical filing of their motion for summary judgment and supporting papers (the "**Motion Papers**") on ECF as soon as practicable and after the current deadline of today, December 5, 2024, due to technical failures. ECF Rules Section 11 and 23.6 specifically permit such relief when the ECF system is unavailable.

    As background, this afternoon Defendants have been attempting to file the Motion Papers electronically and in good faith on ECF but have continuously been experiencing slowness on the ECF system and inability to complete the filing. *See* attached article concerning recent technical issues with the ECF system. We have contacted Plaintiff's counsel, who has consented to Defendants completing the technical filing as soon as practicable, on condition that they are provided electronic copies of the Motion Papers via other means by midnight tonight. Accordingly, Defendants will send the Motion Papers to Plaintiff's counsel via email and/or secure file transfer package no later than tonight at midnight and will file the Motion Papers on the ECF system as soon as practicable once the ECF system is restored, pursuant to the ECF Rules.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁑. Las Vegas. London⁑. Long Island. Los Angeles. Mexico City⁺. Miami. Milan». Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁺. Seoul∞. Shanghai. Silicon Valley. Singapore. Tallahassee. Tampa. Tel Aviv⁑. Tokyo¤. United Arab Emirates⁑. Warsaw⁺. Washington, D.C. West Palm Beach. Westchester County.

Operates as ¬Greenberg Traurig Germany LLP «Greenberg Traurig Khalid Al-Thebity Law Firm ⁑A separate UK registered legal entity ⁺Greenberg Traurig S.C. »Greenberg Traurig Santa Maria ◊Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Dire to Estadunidense ∞Greenberg Traurig LLP Foreign Legal Consultant Office "Greenberg Traurig Singapore LLP ^A branch of Greenberg Traurig P.A. Florida USA ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Ga kokuhojimubegoshi Jimusho ◊Greenberg Traurig Lim ted ~Greenberg Traurig Nowakowska-Zimoch Wysok ński sp k..

www.gtlaw.com

ACTIVE 704823958v1

      Accordingly, Defendants respectfully request that the Court grant their request for an order permitting Defendants to complete technical filing of their Motion Papers after the deadline of December 5, 2024, and once the ECF system functionality is restored.

      We thank the Court for its consideration of this request.

Respectfully submitted,

GREENBERG TRAURIG, PA

s/Jon L. Swergold
Jon L. Swergold
Paul B. Ranis (*pro hac vice*)
Greenberg Traurig, P.A.
401 East Las Olas Boulevard Suite 2000
Fort Lauderdale, FL 33301
Tel: (954) 765-0500

-and-

Nicholas A. Corsano
GREENBERG TRAURIG, LLP
One Vanderbilt Ave
New York, New York 10017
(212) 801-9200

> Defendants' request for an extension to file their motion for summary judgment and supporting papers is GRANTED *nunc pro tunc*. The Clerk of Court is respectfully directed to terminate ECF No. 100. SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: September 12, 2025
> New York, New York