UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Palmer, | 23-CV-4080 (DEH) |
| Plaintiff, | |
| v. | ORDER |
| eCapital Corp. et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

By March 13, 2026, the parties are **DIRECTED** to submit a joint letter stating the estimated length of trial and the parties' availability for a trial during the months of July, August, and October, 2026. The parties shall further indicate whether they request a referral to the District's mediation program or to the assigned Magistrate Judge for a settlement conference.

SO ORDERED.

Dated: February 27, 2026
      New York, New York

_____
DALE E. HO
United States District Judge