Defendants' application for an extension of time to file the proposed pretrial order until November 16, 2026 is GRANTED. The Clerk of Court is respectfully directed to close ECF No. 156.

SO ORDERED.

Dated: September 9, 2026
New York, New York

Dale E. Ho
United States District Judge

GT GreenbergTraurig

Jon L. Swergold
T +1 954.768.5201
swergoldj@gtlaw.com

September 8, 2026

**VIA ECF:**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Jennifer Palmer v. eCapital Corp. et al.**
**Case No.: 1:23-cv-04080 (DEH)**

Dear Judge Ho:

This firm represents Defendants eCapital Corp., eCapital Asset Based Lending Corp., Marius Silvasan, Jonathan Staebler, Esq., John Stephen McDonald *i/s/a* Steven McDonald and Cris Neely (collectively, "Defendants").

Defendants respectfully request an unopposed extension of the deadline to file the proposed pretrial order from September 28, 2026, to November 16, 2026. This is Defendants' first request for an extension of that deadline. Defendants seek this extension as the undersigned currently has other matters in various jurisdictions with impending deadlines and which also require travel over the next sixty (60) days, rendering compliance with the present deadline difficult. The requested extension would not affect the dates currently set for the final pretrial conference (April 1, 2027) or trial (April 5, 2027).

Plaintiff does not oppose this request.

Respectfully submitted,

*/s/ Jon L. Swergold*
Jon L. Swergold, Esq.